**CHAPTER 13 PLAN**
**UNITED STATES BANKRUPTCY COURT**
**NORTHERN   DISTRICT OF MISSISSIPPI**

Debtor: Ora L. Phiniese      SSN: XXX-XX-8700      CASE NO. 12-11782
Joint Debtor: _____    SSN: XXX-XX-_____   Median Income: ☐ Above ☑ Below
Address: 504 Fairview Avenue
         Greenville, MS 38701

**THIS PLAN DOES NOT ALLOW CLAIMS. Creditors must file a proof of claim to be paid under any plan that may be confirmed. The treatment of ALL secured and priority debts must be provided for in this plan.**

**PAYMENT AND LENGTH OF PLAN**
The plan period shall be for a period of ____60____ months, not to be less than 36 months for below median income debtor(s), or less than 60 months for above median income debtor(s).

(A) Debtor shall pay $____446.61____ (☐ monthly, ☐ semi-monthly, ☐ weekly, or ☑ bi-weekly) to the chapter 13 trustee. Unless otherwise ordered by the Court, an Order directing payment shall be issued to Debtor's employer at the following address:
   America's Best Value Inn
   2700 Highway 82 East
   Greenville, MS   38703

(B) Joint Debtor shall pay $_____ (☐ monthly, ☐ semi-monthly, ☐ weekly, or ☐ bi-weekly) to the chapter 13 trustee. Unless otherwise ordered by the Court, an Order directing payment shall be issued to Debtor's employer at the following address:
   _____
   _____

**PRIORITY CREDITORS.**
Filed claims which are not disallowed are to be paid in full or as ordered by the Court as follows:
Internal Revenue Service:      $_____ at $_____ /month
Mississippi Dept. of Revenue:  $_____ at $_____ /month
Other/_____:       $_____ at $_____ /month

**DOMESTIC SUPPORT OBLIGATION.** DUE TO:   N/A

**POST PETITION OBLIGATION:** In the amount of $_____ per month beginning _____.
To be paid ☐ direct, ☐ through payroll deduction, or ☐ through the plan.

**PRE-PETITION ARREARAGE:** In the total amount of $_____ through _____ which shall be paid in the amount of $_____ per month beginning _____.
To be paid ☐ Direct, ☐ through payroll deduction, or ☐ through the plan.

**HOME MORTGAGES.** All claims secured by real property which are to be paid through the plan shall be scheduled below. Absent an objection by a party in interest, the plan will be amended consistent with the proof of claim filed herein, subject to the start date for the continuing monthly mortgage payment proposed herein.

| | | | | |
|---|---|---|---|---|
| Mtg pmts to Select Portfolio | Beginning 9/2012 | @ $ 430.00 | ☑ Plan | ☐ Direct |
| Mtg pmts to Citifinancial | Beginning 9/2012 | @ $ 170.00 | ☑ Plan | ☐ Direct |
| Mtg pmts to _____ | Beginning _____ | @ $ _____ | ☐ Plan | ☐ Direct |
| Mtg arrears to Select Portfolio | Through 8/2012 | $ 3,440.00 | @ $ 57.33 | /mo |
| Mtg arrears to Citifinancial | Through 8/2012 | $ 1,360.00 | @ $ 22.67 | /mo |
| Mtg arrears to _____ | Through _____ | $ _____ | @ $ _____ | /mo |

Debtor's Initials _OP_      Joint Debtor's Initials _____      Chapter 13 Plan, Page 1 of 3

**MORTGAGE CLAIMS TO BE PAID IN FULL OVER PLAN TERM:**

Creditor: Comm Home FN          Approx. amt. due: $10,618.00          Int. Rate: 7
Property Address: 504 Fairview Avenue GVill         Are related taxes and/or insurance escrowed ☐ Yes ☑ No

Creditor: _____          Approx. amt. due: _____          Int. Rate: ___
Property Address: _____         Are related taxes and/or insurance escrowed ☐ Yes ☐ No

**NON-MORTGAGE SECURED CLAIMS.** Creditors that have filed claims that are not disallowed are to retain lien(s) pursuant to 11 U.S.C. § 1325(a)(5)(B)(i)(I) until the payment of the debt determined as under non-bankruptcy law or discharge. Such creditors shall be paid as secured claimants the sum set out below or pursuant to other order of the Court. The portion of the claim not paid as secured shall be treated as a general unsecured claim.

| CREDITOR'S NAME | COLLATERAL | 910* CLM | APPROX. AMT. OWED | VALUE | INT. RATE | PAY VALUE OR AMT. OWED |
|---|---|---|---|---|---|---|
| | | | | | | |

* The column for "910 CLM" applies to both motor vehicles and "any other thing of value" as used in the "hanging paragraph" of 11 U.S.C. § 1325

**SPECIAL CLAIMANTS** including, but not limited to, co-signed debts, abandonment of collateral, direct payments by Debtor, etc. For all abandoned collateral Debtor will pay $0.00 on the secured portion of the debt. Where the proposal is for payment, creditor must file a proof of claim to receive proposed payment.

| CREDITOR'S NAME | COLLATERAL | APPROX. AMT. OWED | PROPOSED TREATMENT |
|---|---|---|---|
| Tower Loan of Hollandale | HHG | $4,425.00 | MTAL |
| Tower Loan of Indianola | HHG | $9,100.00 | MTAL |
| Tower Loan of Leland | HHG | $2,210.00 | MTAL |

**STUDENT LOANS** which are not subject to discharge pursuant to 11 U.S.C. §§ 523(a)(8) and 1328(c) are as follows (such debts shall not be included in the general unsecured total):

| CREDITOR'S NAME | APPROX. AMT. OWED | CONTRACTUAL MO. PMT. | PROPOSED TREATMENT |
|---|---|---|---|
| Sallie Mae | $40,564.00 | | In deferment |

**SPECIAL PROVISIONS** which may apply to any or all payments to be paid through the plan, including, but not limited to, adequate protection payments:
N/A

**GENERAL UNSECURED CLAIMS** total approximately $ 30,866.20 . Such claims must be *timely filed* and not disallowed to receive payment as follows: _____ IN FULL (100%), 0 %(percent) MINIMUM, or a total distribution of $_____, with the Trustee to determine the percentage distribution. *Those general unsecured claims not timely filed shall be paid nothing, absent order of the Court.*

Debtor's Initials _____      Joint Debtor's Initials _____      Chapter 13 Plan, Page 2 of 3

| | | |
|---|---|---|
| Total attorney fee charged: | $ | 3,000.00 |
| Attorney fee previously paid: | $ | 500.00 |
| Attorney fee to be paid in plan: | $ | 2,500.00 |

The payment of administrative costs and aforementioned attorney fees are to be paid pursuant to Court order and/or local rules.

**Automobile Insurance Co/Agent**

_____
_____
_____

Telephone/Fax:_____

**Attorney for Debtor (Name/Address/Phone/Email)**
Michael W. Boyd
PO Box 1586
Greenville, MS 38702-1586

Telephone No. 662-332-0202
Facsimile No. 662-332-0241
Email address boydlawoffice@yahoo.com

DATED: 5-2-12    DEBTOR'S SIGNATURE    *Ora Phinisee*

JOINT DEBTOR'S SIGNATURE

ATTORNEY'S SIGNATURE    *Michael W. Boyd*

Chapter 13 Plan, Page 3 of 3

Effective: October 1, 2011