Case No: **12-11782-NPO**

# UNITED STATES BANKRUPTCY COURT

### NORTHERN DISTRICT OF MISSISSIPPI

In re:   **Ora L Phinisee**          Case no: **12-11782-NPO**

Chapter: **13**

Property Address: **504 FAIRVIEW AVE, GREENVILLE, MS 38701**

Last four of any number you use to identity the debtor's account: **0665**

Court Claim No. (if known). **8**

## RESPONSE TO NOTICE OF FINAL CURE PAYMENT

As contemplated by Fed. R. Bankr. Proc. 3002

**Select Portfolio Servicing, Inc. as servicer for DLJ Mortgage Capital, Inc.**

("Creditor") hereby responds to that certain Notice of Final Cure Payment dated **09/08/2017** and filed as Docket No. **66**.

### Pre-Petition Default Payments

X Agrees that Debtor(s) has paid in full the amount required to cure the default on the Creditor's claim

Total Amount Due:        $0.00

### Post-Petition Default Payments

X  Agrees that Debtor(s) is current with respect to all payments consistent with 1322(b)(5) of the Bankruptcy Code.

Total Amount Due:        $0.00

---

The amounts due identified on this statement may not, due to timing, reflect all payments sent to Creditor as of the date of the Cure Notice. In addition, the amounts due may include payments reflected on the NDC but which have not yet been received and/or processed by Creditor.

Case No: **12-11782-NPO**

# UNITED STATES BANKRUPTCY COURT

The person completing this Notice must sign it. Sign and print your name and your title (if any), and state your address and telephone number if different from the notice address listed on the proof of claim to which this supplement applies.

__ I am the Creditor         X    I am the Creditor's authorized agent/counsel (attach copy of power of attorney, if any).

I declare under penalty of perjury that the information provided in this Statement in Response to Notice of Final Cure Payment is true and correct to the best of my knowledge, information and reasonable belief.

**/s/Natalie Brown    September 28, 2017**
Signature              Date

Natalie Brown
Title: Attorney for Creditor
Rubin Lublin, LLC
428 North Lamar Blvd, Suite 107
Oxford, MS 38655
(877) 813-0992

CERTIFICATE OF SERVICE

      I, Natalie Brown of Rubin Lublin, LLC certify that on the 28th day of September, 2017, I caused a copy of the Response to Notice of Final Cure Payment to be filed in this proceeding by electronic means and to be served by depositing a copy of the same in the United States Mail in a properly addressed envelope with adequate postage thereon to the said parties as follows:

Ora L Phinisee
504 Fairview Ave
Greenville, MS 38701

Michael W. Boyd, Esq.
Boyd Law Office, P.A.
P.O. Box 1586
Greenville, MS 38702

Locke D. Barkley
6360 I-55 North
Suite 140
Jackson, MS 39211

Executed on 9/28/17
By:/s/ Natalie Brown
Natalie Brown
MS State Bar No. 100802
Rubin Lublin, LLC
428 North Lamar Blvd, Suite 107
Oxford, MS 38655
(877) 813-0992
nbrown@rubinlublin.com
Attorney for Creditor